| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Bullet Proof Dog Training, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-3980713 |
| 4. | Debtor's address | **Principal place of business**<br><br>**5406 Passion Flower**<br>**San Antonio, TX 78253**<br>Number, Street, City, State & ZIP Code<br><br>**Bexar**<br>County | **Mailing address, if different from principal place of business**<br><br>**30 Cyclamen Court**<br>**Homosassa, FL 34446**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Bullet Proof Dog Training, LLC**         Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Bullet Proof Dog Training, LLC**                                              Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                    Relationship
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                  ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99                 ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor **Bullet Proof Dog Training, LLC** _____  Case number (*if known*) _____
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Bullet Proof Dog Training, LLC**  Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **6 / 13 / 2024**
              MM / DD / YYYY

X /s/ William Thomas _____  William A. Thomas
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Daniel R. Fogarty _____  Date  **6.14.2024**
Signature of attorney for debtor                    MM / DD / YYYY

**Daniel R. Fogarty**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St., Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  **813-229-0144**   Email address  **dfogarty@srbp.com**

**0017532 FL**
Bar number and State

Debtor  **Bullet Proof Dog Training, LLC**                         Case number *(if known)* _____
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Bulletproof Dog Training, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Jacksonville Division** | When _____ | Case number, if known | |
| Debtor | **Chelsea's Bed & Biscuits, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Jacksonville Division** | When _____ | Case number, if known | |

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Amur Equipment Finance
303 W. 3rd St.
P.O. Box 2555
Grand Island, NE 68801

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Brett Burns
1719 Montecino
San Antonio, TX 78258

Chase
P.O. Box 44959
Indianapolis, IN 46244-4959

Chase Cardmember Service
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Cardmenber Service
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
P.O. Box 44959
Indianapolis, IN 46244-4959

Corporation Service Company, as Rep
P.O. Box 2576
UCCSPREP@cscinfo.com
Springfield, IL 62708

Corporation Service Company, as Rep
P.O. Box 2576
UCCSPREP@CSCINCFO.COM
Springfield, IL 62708

CSC, as Rep
P.O. Box 2576
UCCSPREP@cscinfo.com

Springfield, IL 62708

CT Corporation System, as Rep
330 N. Brand Blvd., #700
Attn: SPRS
Glendale, CA 91203

CT Corporation System, as Rep
330 N. Brand Blvd., #700
Attn: SPRS
Glendale, CA 91203

Fintegra, LLC
99 Wall St., #686
New York, NY 10005

FLCC
Fox Business Funding
803 S. 21st Ave.
Hollywood, FL 33020

Fox Capital Group, Inc.
f/k/a Fox Business Funding
803 S. 21st Ave.
Hollywood, FL 33020

High Octane Funding, LLC
633 NE 167th St., #1205
Miami, FL 33162

Innovation Refunds
4350 Westown Pkwy 8 300
West Des Moines, IA 50266

Intuit Financing, Inc.
2700 Coast Ave.
Mountain View, CA 94043

Joli Holdings, LLC
Attn: Jose Engler
330 Joshua Way
San Antonio, TX 78201

JPMorgan Chase Bank, NA
P.O. Box 6026
Il1-1145
Chicago, IL 60680-6026

On Deck Capital, Inc.
ODK Capital, LLC

```
4700 W. Daybreak Pkwy., #200
South Jordan, UT 84009

Quick Bridge Funding, LLC
410 Exchange, #150
Irvine, CA 92602

U.S. Attorney's Office
Attn: Civil Process Clerk
300 N Hogan St.
Jacksonville, FL 32202

U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

U.S. Small Business Administration
COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155

U.S. Small Business Administration
COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155

Velocity Capital Group, LLC
333 Pearsall Ave.
Cedarhurst, NY 11516

William Thomas and Sharon Hornby
30 Cyclamen Court
Homosassa, FL 34446
```